UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CARLOS SOLANO,     )  NO.  CV 12-6510-RGK (AGR)
     Petitioner,   )
            )  JUDGMENT
 v.          )
DIAZ, Warden,     )
     Respondent.  )
_____)

   Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

   IT IS ADJUDGED that (1) Respondent's motion to dismiss is granted; and (2) this action is dismissed with prejudice.

DATED:  January 10, 2014   _____
               R. GARY KLAUSNER
               United States District Judge